DAVID SPRINGFIELD (SBN 226630)
**THE SPRINGFIELD LAW FIRM**
322 First Street
Marysville, CA 95901
Tel: (530) 742-2398
Fax: (530) 237-5555
e-mail: david.springfield@gmail.com

Attorneys for Defendant and Claimant
KRISTAN HILL-LOVE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBUS LIFE INSURANCE COMPANY, | Case No.: 2:09-CV-00947-KJM-DAD |
| | **JUDGMENT** |
| Plaintiff, | |
| GAVIN HILL, an individual, KRISTAN HILL-LOVE, aka "Kristan L. Love," an individual, HOLLY LOOMAN, an individual, KYLE HILL, an individual, KATRINA CLEMONS, an individual, and DOES 1-20, inclusive, | |
| | Honorable Kimberly J. Mueller |
| Defendant(s). | Case Filed: 4/6/2009 |

BASED ON THE STIPULATION BETWEEN THE PARTIES, GOOD CAUSE BEING FOUND, IT IS HEREBY ORDERED AS FOLLOWS:

Defendant and Claimant Kristan Hill-Love shall receive the remaining funds on deposit with the Court forthwith. The Clerk of the U.S. District Court is instructed to issue a check in the name of Kristan Hill-Love forthwith for the funds remaining on deposit in this action together with all interest accumulated thereon.

Further, Defendant and Claimant Kristan Hill-Love's claims related to this action for costs, attorneys' fees and any action for malicious prosecution arising out

/////

/////

---

**STIPULATED JUDGMENT AND DISMISSAL OF CLAIMS BY DEFENDANTS GAVIN HILL, HOLLY LOOMAN, KATRINA CLEMONS AND KYLE HILL**

1

of the filing of and/or participation in this action by Defendants Gavin Hill, Holly Looman, Katrina Clemons and Kyle Hill are hereby DISMISSED.

IT IS SO ORDERED.

Date: April 20, 2011.

_____
UNITED STATES DISTRICT JUDGE